UNITED STATES DISTRICT COURT
Northern District of California

**E-Filing**

JAMES KNOWLES, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

SAN DISK CORPORATION, et al.

Defendant(s).

CASE NO. 07-06363 MMC

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

W. Joseph Bruckner, an active member in good standing of the bar of the District of Minnesota whose business address and telephone number (particular court to which applicant is admitted) is

Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff James Knowles

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JAN 1 1 2008

Maxine M. Chesney
United States District Judge