1  Michael McShane (CA 127944)
   AUDET & PARTNERS, LLP
2  221 Main Street, Suite 1460
   San Francisco, CA 94105
3  Telephone: 415.568.2555
   Facsimile: 415.568.2556
4
   Attorneys for Plaintiff, and the Proposed Class
5  (Additional Attorneys Listed on Signature Page)

6
## UNITED STATES DISTRICT COURT
7
## NORTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| JAMES KNOWLES, on behalf of himself and all others similarly situated, | Case No. CV 07-06363 MMC |
| Plaintiff, | |
| v. | |
| SAN DISK CORPORATION; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; RENESAS TECHNOLOGY CORPORATION; RENESAS TECHNOLOGY AMERICA, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; WINDBOND ELECTRONICS CORPORATION; and WINDBOND ELECTRONICS CORPORATION AMERICA;, | **REQUEST TO CANCEL THE SCHEDULED INITIAL CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

This request is submitted on behalf of Plaintiff James Knowles, by and through his counsel of record.

The Court has scheduled an Initial Case Management Conference in this matter for March 28, 2008, at 10:30 a.m.

However, there is presently pending before the Honorable Judge Saundra B. Armstrong in the Oakland Division of the Northern District of California, numerous related actions styled as the *In re Flash Memory Antitrust Litigation,* Case No. 4:07-cv-00086. These cases, like the instant action, are brought as class actions by indirect purchasers of Flash Memory chips manufactured and sold by the named Defendants. The actions are brought on behalf of identical nationwide classes of indirect purchasers against the same defendants, and allege the same basic claims under state antitrust and consumer protection laws.

The instant case should be transferred and related to the Oakland action, and counsel respectfully requests that the Case Management Conference scheduled for March 28, 2008, be cancelled pending the filing of the appropriate motion by the undersigned counsel. No other party has filed an appearance in this matter.

Dated:   March 21, 2008                             Respectfully submitted

By:   /s/ Michael McShane
Michael McShane
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612.339.6900
Facsimile: 612.399.0981

*Attorneys for Plaintiff,*
*and the Putative Class*