Michael McShane (CA 127944)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

Attorneys for Plaintiff, and the Proposed Class
(Additional Attorneys Listed on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KNOWLES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAN DISK CORPORATION; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; RENESAS TECHNOLOGY CORPORATION; RENESAS TECHNOLOGY AMERICA, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; WINDBOND ELECTRONICS CORPORATION; and WINDBOND ELECTRONICS CORPORATION AMERICA;,<br><br>Defendants. | Case No.  CV 07-06363 MMC<br><br>**[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date: March 28, 2008<br>Conference Time: 10:30 a.m.<br>Location:    Courtroom 7, 19th Fl. |

1    For the reasons set forth in the Request to Cancel the Scheduled Initial Case
2 Management Conference, the Court hereby vacates, or continues the March 28, 2008, Case
3 Management Conference ("CMC") to _____, at_____, by which time
4 this case will likely have been transferred to the Oakland Division of the Northern District of
5 California as part of MDL No. 4:07-cv-00086—In re Flash Memory Antitrust Litigation.

9    IT IS SO ORDERED

11    DATED:_____,

          The Honorable Maxine M. Chesney