IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KNOWLES, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN DISK CORPORATION, et al.,<br><br>　　　　Defendants<br>_____ / | No. C-07-6363 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　The Court is in receipt of plaintiff's request, filed March 21, 2008, to cancel the initial case management conference, currently scheduled for March 28, 2008, pending the filing of a motion to relate the instant action to Case No. 4:07-cv-00086, <u>In re: Flash Memory Antitrust Litigation</u>. The Court prefers, however, to maintain the instant action on its calendar pending the issuance of an order relating said actions.

　　　Accordingly, for good cause shown, the March 28, 2008 case management conference is hereby continued to May 2, 2008 at 10:30 a.m. A joint case management statement shall be filed no later than April 25, 2008.

　　　**IT IS SO ORDERED.**

Dated: March 21, 2008

　　　　　　　　　　　　　　　　　　　　_/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge