Michael McShane (CA 127944)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

Attorneys for Plaintiff, and the Proposed Class
(Additional Attorneys Listed on Signature Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES KNOWLES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAN DISK CORPORATION; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; RENESAS TECHNOLOGY CORPORATION; RENESAS TECHNOLOGY AMERICA, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; WINDBOND ELECTRONICS CORPORATION; and WINDBOND ELECTRONICS CORPORATION AMERICA;,<br><br>Defendants. | Case No. CV 07-06363 MMC<br><br>**REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

1    This request is submitted on behalf of Plaintiff James Knowles, by and through his counsel of record.

2    The Court has scheduled an Initial Case Management Conference in this matter for May 2, 2008, at 10:30 a.m.

3    On March 21, 2008, counsel filed a Request to Cancel the Scheduled Initial Case Management Conference then set for March 28, 2008.  Counsel explained to the Court that this action is related to numerous related actions styled as the *In re Flash Memory Antitrust Litigation,* Case No. 4:07-cv-00086, pending before the Honorable Saundra B. Armstrong in the Oakland Division of the Northern District of California.  Counsel further explained that Plaintiff would soon file a motion to relate this case to the litigation before Judge Armstrong.

4    On March 21, 2008, the Court entered an Order Continuing Case Management Conference in which it continued the Case Management Conference until 10:30 a.m. on May 2, 2008, and stated its preference to maintain this action on its calendar "pending the issuance of an order relating said actions."  (Order at p. 1.)

5    On April 15, 2008, pursuant to Local Rules 3-12 and 7-11, Plaintiff Knowles filed in the *In re Flash Memory Antitrust Litigation* its Administrative Motion to Consider Whether Cases Should Be Related.  A true and correct copy of this motion was provided to the Court, and is additionally attached hereto as Exhibit A.  As of today's date, Judge Armstrong has not ruled on the motion.

6    Counsel respectfully requests that the Case Management Conference scheduled for May 2, 2008 be continued pending Judge Armstrong's entry of an order on the Administrative Motion to Consider Whether Cases Should Be Related.

Dated:   April 24, 2008                              Respectfully submitted

                                   By:   /s/ Michael McShane
                                         Michael McShane
                                         AUDET & PARTNERS, LLP
                                         221 Main Street, Suite 1460
                                         San Francisco CA 94105
                                         Telephone: 415.568.2555
                                         Facsimile: 415.568.2556

| | |
|---|---|
| 1 | |
| 2 | Robert K. Shelquist |
| | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| 3 | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN 55401 |
| 4 | Telephone: 612.339.6900 |
| | Facsimile: 612.399.0981 |

*Attorneys for Plaintiff,
and the Putative Class*

# EXHIBIT A

EXHIBIT A

Michael A. McShane (CA 127944)
mmcshane@audetlaw.com
Jessica E. Hawk (CA 226164)
jhawk@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Attorneys for Knowles Plaintiff and
the Class Members*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE FLASH MEMORY ANTITRUST LITIGATION | Case No. CV 07-00086 SBA<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| This document relates to:<br><br>KNOWLES v. SANDISK CORP.; SAMSUNG ELECTRONICS CO., LTD., *et al.*,<br>Case No. CV 07-06363 MMC | |

Plaintiff in *Knowles v. Sandisk Corp., et al.*, CV 07-06363 MMC, filed on December 14, 2007 ("*Knowles*"), hereby moves this Court pursuant to Civil Local Rules 3-12 and 7-11 to consider whether the *Knowles* action should be related to numerous related actions pending before this Court and styled as the *In re Flash Memory Antitrust Litigation*, CV 07-00086 SBA. A full listing of the related cases comprising this litigation is attached as Exhibit B to the Declaration of Jessica E. Hawk In Support Of Administrative Motion To Consider Whether Cases Should Be Related, which has been filed contemporaneously with this Administrative Motion.

*Knowles* is related to the *In re Flash Memory Antitrust Litigation* cases pursuant to Civil

1  Local Rule 3-12(a). All of these actions concern substantially the same parties, property,
2  transactions or events, and involve most of the same defendants. Like *Knowles*, the majority of
3  the *In re Flash Memory Antitrust Litigation* cases are brought as class actions by indirect
4  purchasers of "flash memory" chips manufactured and sold by San Disk Corporation, Samsung
5  Electronics Company, Limited, and numerous other defendants. The remaining *In re Flash*
6  *Memory Antitrust Litigation* cases are brought by classes of direct purchasers. All of the actions
7  are brought on behalf of nationwide classes against these defendants, and allege the same basic
8  claims for, among other things, violations of the Sherman Act, 15 U.S.C. § 1, as well as
9  violations of state antitrust, consumer protection and unfair competition laws.
10       Further, it appears very likely that there would be an unduly burdensome duplication of
11  labor, expense and/or conflicting results if these cases were to proceed before different Judges.
12       WHEREFORE, the *Knowles* Plaintiff respectfully requests that this Court enter an order
13  relating *Knowles* to the *In re Flash Memory Antitrust Litigation,* and accordingly reassign
14  *Knowles* to the Honorable Saundra Brown Armstrong.

15  Dated: April 15, 2008                        AUDET & PARTNERS, LLP

17                                                /s/ Michael McShane
                                                  Michael McShane
18                                                221 Main Street, Suite 1460
                                                  San Francisco CA 94105
19                                                Telephone: 415.982.1776
                                                  Facsimile: 415.568.2556
20
                                                  *Attorneys for Plaintiffs and*
21                                                *the Class*

2
**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
Case No. CV 07-00086 SBA