Michael McShane (CA 127944)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

Attorneys for Plaintiff, and the Proposed Class
(Additional Attorneys Listed on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KNOWLES, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN DISK CORPORATION; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; RENESAS TECHNOLOGY CORPORATION; RENESAS TECHNOLOGY AMERICA, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; HITACHI, LTD.; HITACHI AMERICA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.; WINDBOND ELECTRONICS CORPORATION; and WINDBOND ELECTRONICS CORPORATION AMERICA;,<br><br>  Defendants. | Case No. CV 07-06363 MMC<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:   May 2, 2008<br>CMC Time:   10:30 a.m.<br>Location:   Courtroom 7, 19th Fl. |

1     For the reasons set forth in the Request to Continue Initial Case Management
2 Conference, the Court hereby continues the May 2, 2008, Case Management Conference
3 ("CMC") to _____, at_____, by which time this case will likely have
4 been transferred to the Oakland Division of the Northern District of California as part of MDL
5 No. 4:07-cv-00086—In re Flash Memory Antitrust Litigation.

9 IT IS SO ORDERED

11 DATED:_____,

                                      The Honorable Maxine M. Chesney